**Order entered September 26, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01111-CV

### IN RE TINA WHITE, Relator

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-00919**

## ORDER
Before Justices Lang, Myers, and Whitehill

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **ORDER** relator to bear the costs, if any, of this original proceeding.


/s/     DOUGLAS S. LANG
        JUSTICE